# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI KANSAS CITY DIVISION

| UNITED STATES OF AMERICA | § | JUDGMENT IN A CRIMINAL CASE |
|---|---|---|
| | § | |
| v. | § | |
| | § | Case Number: **4:22-CR-00105-HFS(1)** |
| **JEREMY ACE WOODS** | § | USM Number: **99264-509** |
| | § | **John R. Osgood** |
| | § | Defendant's Attorney |

**THE DEFENDANT:**

| ☒ | pleaded guilty to Count(s): **1s, 2s, 3s, 4s and 5s** | **of the Superseding Indictment on December 14, 2022.** |
|---|---|---|
| ☐ | pleaded guilty to count(s) before a U.S. Magistrate Judge, which was accepted by the court. | |
| ☐ | pleaded nolo contendere to count(s) which was accepted by the court | |
| ☐ | was found guilty on count(s) after a plea of not guilty | |

The defendant is adjudicated guilty of these offenses:

| **Title & Section / Nature of Offense** | **Offense Ended** | **Count** |
|---|---|---|
| Travel Fraud: 18 U.S.C. § 2314 | 02/26/2020 | 1s |
| Travel Fraud: 18 U.S.C. § 2314 | 11/11/2021 | 2s |
| Travel Fraud: 18 U.S.C. § 2314 | 01/18/2022 | 3s |
| Wire Fraud: 18 U.S.C. § 1343 | 02/05/2020 | 4s |
| Wire Fraud: 18 U.S.C. § 1343 | 11/11/2021 | 5s |

The Preliminary Order of Forfeiture entered on March 29, 2023 is finalized and imposed.

The defendant is sentenced as provided in pages 2 through 8 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ Counts 1, 2, 3 and 4 of the Original Indictment: ☐ is ☒ are, dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

**September 20, 2023**
Date of Imposition of Judgment

*/s/ Howard F. Sachs*
Signature of Judge

**HOWARD F. SACHS**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

**September 20, 2023**
Date

DEFENDANT:        JEREMY ACE WOODS
CASE NUMBER:   4:22-CR-00105-HFS(1)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**120 months** as to each of Count 1s, 2s and 3s; **204 months** as to each of Count 4s and 5s; all Counts to run **concurrently**. Total Sentence is **204 months**.

☒ The court makes the following recommendations to the Bureau of Prisons:
   The Court recommends that the defendant be designated to FCI Greenville, FCI Sandstone or FCC Coleman-II.

☒ The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By
DEPUTY UNITED STATES MARSHAL

DEFENDANT: JEREMY ACE WOODS
CASE NUMBER: 4:22-CR-00105-HFS(1)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **3 years** as to each of Counts 1s, 2s, 3s, 4s and 5s; all Counts to run **concurrently**.

# MANDATORY CONDITIONS

1. You must not commit another federal, state or local crime.
2. You must not unlawfully possess a controlled substance.
3. You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
   - ☐ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. (*check if applicable*)
4. ☒ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (*check if applicable*)
5. ☒ You must cooperate in the collection of DNA as directed by the probation officer. (*check if applicable*)
6. ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which you reside, work, are a student, or were convicted of a qualifying offense. (*check if applicable*)
7. ☐ You must participate in an approved program for domestic violence. (*check if applicable*)

You must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

DEFENDANT: JEREMY ACE WOODS
CASE NUMBER: 4:22-CR-00105-HFS(1)

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1. You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2. After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3. You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4. You must answer truthfully the questions asked by your probation officer.
5. You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6. You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7. You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8. You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9. If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____   Date _____

DEFENDANT: JEREMY ACE WOODS
CASE NUMBER: 4:22-CR-00105-HFS(1)

# SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

1. The defendant shall successfully submit his person, residence, office, vehicle, papers, computer, other electronic communication or data storage devices or media to a search conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may be grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.
2. The defendant shall successfully participate in any mental health counseling program, as approved by the Probation Office, and pay any associated costs, as directed by the Probation Office.
3. The defendant shall provide the Probation Office with access to any requested financial information.
4. The defendant shall not incur new credit charges or open additional lines of credit without the approval of the Probation Office, while court-ordered financial obligations are outstanding.
5. The defendant shall not be self-employed and shall obtain prior approval from the Probation Office before accepting any employment which requires the defendant to solicit customers, request/accept monies, access monetary accounts, or direct anyone to perform these activities.
6. The defendant shall successfully participate in any outpatient or inpatient substance abuse counseling program which may include urinalysis, sweat patch, or Breathalyzer testing, as approved by the Probation Office and pay any associated costs as directed by the Probation Office.
7. The defendant shall take measurable actions to resolve any felony warrants and/or pending charges within 60 days of release to supervision, and every 6 months thereafter, until matters have been resolved, and you shall provide documentation of the actions taken to the Probation Office.

## ACKNOWLEDGMENT OF CONDITIONS

I have read or have read the conditions of supervision set forth in this judgment and I fully understand them. I have been provided a copy of them.

I understand that upon finding of a violation of probation or supervised release, the Court may (1) revoke supervision, (2) extend the term of supervision, and/or (3) modify the conditions of supervision. I understand additional information regarding these conditions is available at the www.uscourts.gov.

_____     _____
Defendant                                   Date

_____     _____
United States Probation Officer             Date

DEFENDANT: JEREMY ACE WOODS
CASE NUMBER: 4:22-CR-00105-HFS(1)

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments page.

|        | Assessment | Restitution  | Fine   | AVAA Assessment* | JVTA Assessment** |
|--------|-----------|--------------|--------|------------------|-------------------|
| TOTALS | $500.00   | $798,021.10  | Waived | N/A              | N/A               |

The mandatory special assessment of $500.00 is due immediately.

Since the Court finds the defendant does not have the ability to pay a fine, the fine is waived.

The defendant shall notify, within 30 days, the Clerk of the Court and the United States Attorney's Office, Financial Litigation Unit, 400 E. 9th Street, Room 5510, Kansas City, MO 64106 of: 1) any change if name, residence or mailing address; and 2) any material change in economic circumstance that affects the ability to pay restitution.

Payments shall be made payable to the Clerk, U.S. District Court and mailed to:

Clerk, U.S. District Court
400 E. 9th Street
Kansas City, MO 64106

☒ **The defendant must make restitution (including community restitution) to the following payees in the amount listed below.**

| Payee: | Amount: |
|--------|---------|
| Gerken Rent All | $ 19,459.00 |
| Sunflower Rental | $ 3,000.00 |
| Home Depot | $ 21,802.00 |
| House of Bargains | $ 10,800.00 |
| KC Bobcat | $ 30,700.00 |
| United Rentals | $ 15,966.03 |
| Abiline Rent-All | $ 2,500.00 |
| Grand Rental Station | $ 1,249.00 |
| Bledsoe Rentals | $ 59,375.00 |
| Nationwide Mutual Insurance | $ 49,483.00 |
| Coleman Equipment | $ 5,000.00 |
| Foley Rental | $ 42,430.00 |
| HERC Rentals | $ 1,000.00 |
| Logan Contractor | $ 6,756.21 |
| Kansas Rentals | $ 34,000.00 |
| Water's Hardware | $ 7,600.00 |
| A-1 Rental North | $ 33,000.00 |
| Jared Nash | $ 15,000.00 |
| Matthew Starks | $ 4,000.00 |
| Matthew Dawson | $ 10,500.00 |
| Michael Beaty | $ 7,000.00 |
| Franklin Martinez | $ 13,500.00 |
| Pedro Sigala | $ 15,000.00 |

DEFENDANT: JEREMY ACE WOODS
CASE NUMBER: 4:22-CR-00105-HFS(1)

| Payee: | Amount: |
|---|---|
| Everado Rodriguez | $ 24,000.00 |
| Santos Giron | $ 13,000.00 |
| Javier Sifuentes | $  4,000.00 |
| Ernest Saldivar | $ 12,500.00 |
| Alejandro Cortes | $  9,000.00 |
| Fabricio Jimenez-Reyes | $  3,900.00 |
| Refugio Delgadillo | $ 13,500.00 |
| Adrian Lopez | $ 30,000.00 |
| Cody Kanger | $ 13,200.00 |
| Natvidad Arcos-Fuentes | $ 91,876.75 |
| Jesus Capetillo and Jaquelin Garcia | $ 37,268.83 |
| Isaias Sanchez-Fuentes | $  8,000.00 |
| Gelacio Molina Rodriguez and Virginia Gallardo | $  5,000.00 |
| Juan Gonzalez | $ 20,000.00 |
| Cesar Martinez | $  8,000.00 |
| Juana Molina and Manuel Lopez | $ 10,000.00 |
| Serrano Duenas and Yadira Ramirez Nievas | $ 16,631.60 |
| David Lopez | $ 20,000.00 |
| Angelica West-Leary | $ 19,434.89 |
| Sentry Insurance Company | $ 26,093.79 |
| Kayla Parks-Gessler | $  3,500.00 |
| **TOTAL:** | **$798,021.10** |

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

☒ The court determined that the defendant does not have the ability to pay interest and it is ordered that:
  ☒ the interest requirement is waived for the   ☐ fine   ☒ restitution

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: JEREMY ACE WOODS
CASE NUMBER: 4:22-CR-00105-HFS(1)

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☒ Lump sum payments of $ 798,521.10 due immediately, balance due

☐ not later than _____, or

☐ in accordance ☐ C, ☒ D, ☐ E, or ☒ F below; or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☒ If unable to pay the full amount immediately, the defendant shall make monthly payments of $100, or 10 percent of gross earnings, whichever is greater, while on supervised release; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☒ Special instructions regarding the payment of criminal monetary penalties:
**It is ordered that the Defendant shall pay to the United States a special assessment of $500.00 for Counts 1s, 2s, 3s, 4s and 5s , which shall be due immediately. Said special assessment shall be paid to the Clerk, U.S. District Court.**

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☒ **The defendant shall forfeit the defendant's interest in the following property to the United States:**

- United States currency in the amount of $336,150.00

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.